**Dismissed and Memorandum Opinion filed August 24, 2023**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-23-00153-CV

## IN RE SHUNTIA MONIQUE DAVIS

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-71449**

## MEMORANDUM OPINION

This appeal is from a change-of-name order signed February 9, 2023. Tex. Fam. Code Ann. § 45.103. The clerk's record was filed April 4, 2023.

A non-compliant brief was filed June 16, 2023. On July 11, 2023, we issued an order striking the brief and ordered appellant to file a complaint brief within 30 days or the appeal would be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Spain, and Wilson.